# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**RICHARD SEPULVEDA,**

CASE NO: **2:23–CV–02769–WBS–JDP**

v.

**DANIEL SHERMAN GRAY,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 11/19/2024**

**Keith Holland**
Clerk of Court

ENTERED:  **November 19, 2024**

by: /s/ O. Mendez Licea
Deputy Clerk